**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>M.J.G. MERCHANT FUNDING GROUP, LLC,<br><br>                     Debtor. | Chapter 11<br>Case No. 18-11695 (MEW)<br><br>**DECLARATION OF ROBERT H. WEISS IN SUPPORT OF MOTION BY MATLINPATTERSON GLOBAL ADVISERS LLC FOR RELIEF FROM AUTOMATIC STAY OR DISMISSAL OF DEBTOR'S CHAPTER 11 CASE** |

ROBERT H WEISS, declares pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a Partner and General Counsel of landlord-creditor MatlinPatterson Global Advisers, LLC ("Matlin"), sub-landlord to the above-captioned debtor M.J.G. Merchant Funding Group LLC (the "Debtor"). My declaration is based upon my personal knowledge of the facts set forth herein.

2.      The Debtor has not paid the equivalent of "stub rent" for its use and occupancy of the Premises since it filed its chapter 11 petition on June 3, 2018. As of today's date, the Debtor owes Matlin $99,648.74 in postpetition use and occupancy. In particular, the Debtor owes a pro rata payment of $1,718.08 per day for the twenty-eight (28) days of June 2018 (June 3 through June 30) for a sum of $48,106.24; plus its use and occupancy payment due on July 1, 2018 in the amount of $51,542.50, for a total of $99,648.74 in postpetition "stub" use and occupancy due and owing.

| Period | Amount Due |
|---|---|
| June 4, 2018 – June 30, 2018 | $48,106.24 |
| July 1, 2018 | $51,542.50 |
| **TOTAL** | $99,648.74 |

4680503-2

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
July 16, 2018

_____
ROBERT H. WEISS

2