# EXHIBIT A

MDisCs

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 18-11695-mew

*Date filed:* 06/03/2018
*341 meeting:* 06/29/2018

*Assigned to:* Judge Michael E. Wiles
Chapter 11
Voluntary
Asset

*Debtor*
**M.J.G. Merchant Funding Group, LLC**
70 East 55th Street
9th Floor
New York, NY 10022
NEW YORK-NY
Tax ID / EIN: 13-3523537

represented by **Jonathan Koevary**
Olshan Frome Wolosky LLP
1325 AVENUE OF THE AMERICAS
New York, NY 10019
212.451.2265
Fax : 212.451.2222
Email: jkoevary@olshanlaw.com

**Eric J. Snyder**
Wilk Auslander LLP
1515 Broadway, 43rd Floor
New York, NY 10036
(212) 981-2300
Fax : (212) 752-6380
Email: esnyder@wilkauslander.com

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500

represented by **Benjamin J. Higgins**
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
212-510-0500
Fax : 212-668-2255
Email: benjamin.j.higgins@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 06/03/2018 | 1 (22 pgs; 2 docs) | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Statement of Financial Affairs due 06/18/2018. Atty Disclosure State. due 06/18/2018. Corporate Ownership Statement Due at Time of Filing. Incomplete Filings due by 06/18/2018, Filed by Eric J. Snyder of Wilk Auslander LLP on behalf of M.J.G. Merchant Funding Group, LLC. (Attachments: # 1 LBR 1007-2 Declaration) (Snyder, Eric) Modified on 6/4/2018 (Porter, Minnie). (Entered: 06/03/2018) |
| 06/03/2018 |  | Receipt of Voluntary Petition (Chapter 11)(18-11695) [misc,824] (1717.00) Filing Fee. Receipt number 12607383. Fee amount 1717.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 06/03/2018) |
| 06/04/2018 |  | Judge Michael E. Wiles added to the case. (Porter, Minnie). (Entered: 06/04/2018) |
| 06/04/2018 | 2 (3 pgs; 2 docs) | Notice of 341(a) Meeting of Creditors with 341(a) meeting to be held on 6/29/2018 at 03:00 PM at Office of UST (One Bowling Green, Fifth Floor, Room 511). (Richards, Beverly). (Entered: 06/04/2018) |
| 06/06/2018 | 3 (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 2)) . Notice Date 06/06/2018. (Admin.) (Entered: 06/07/2018) |
| 06/07/2018 | 4 (1 pg) | Order signed on 6/7/2018 scheduling initial case conference. With hearing to be held on 7/5/2018 at 10:00 AM at Courtroom 617 (MEW). (DePierola, Jacqueline) (Entered: 06/07/2018) |
| 06/12/2018 | 5 (1 pg) | Affidavit of Service (related document(s)4) Filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC. (Snyder, Eric) (Entered: 06/12/2018) |
| 06/14/2018 | 6 (1 pg) | Notice of Appearance *and Request for Service of Documents* filed by Benjamin J. Higgins on behalf of United States Trustee. (Higgins, Benjamin) (Entered: 06/14/2018) |

| | | |
|---|---|---|
| 06/15/2018 | 7<br>(1 pg) | List of Equity Security Holders Filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC. (Snyder, Eric) (Entered: 06/15/2018) |
| 06/15/2018 | 8<br>(1 pg) | Corporate Ownership Statement . Filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC. (Snyder, Eric) (Entered: 06/15/2018) |
| 06/15/2018 | 9<br>(1 pg) | Disclosure of Compensation of Attorney For Debtor (Rule 2016(b))- Form 2030 Filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC. (Snyder, Eric) (Entered: 06/15/2018) |
| 06/18/2018 | 10<br>(12 pgs; 2 docs) | Application to Employ Wilk Auslander, LLP as Attorney for Debtor and Debtor In Possession filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC. (Attachments: # 1 Snyder Declaration) (Snyder, Eric) (Entered: 06/18/2018) |
| 06/19/2018 | | Pending Deadlines Terminated: Corporate Ownership Statement. (Cappiello, Karen). (Entered: 06/19/2018) |
| 06/25/2018 | 11<br>(3 pgs) | Order signed on 6/25/2018 authorizing retention of Wilk Auslander LLP as counsel for the Debtor effective as of the petition date, June 3, 2018 (Related Doc # 10). (DePierola, Jacqueline) (Entered: 06/25/2018) |
| 07/03/2018 | 12<br>(1 pg) | Notice of Adjournment of Hearing *Notice Of Adjournment Of Initial Case Management Conference* filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC. with hearing to be held on 7/17/2018 at 10:00 AM at Courtroom 617 (MEW) (Snyder, Eric) (Entered: 07/03/2018) |
| 07/16/2018 | 13<br>(2 pgs) | Notice of Appearance *and Request for Service of Documents* filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Koevary, Jonathan) (Entered: 07/16/2018) |
| 07/16/2018 | 14<br>(127 pgs; 6 docs) | Motion for Relief from Stay , or in the alternative, Motion to Dismiss Case filed by Jonathan Koevary on behalf of ~~M.J.G. Merchant Funding Group, LLC.~~ **MatlinPatterson Global Advisors LLC** (Attachments: # 1 Motion By MatlinPatterson Global Advisers LLC For Relief from Automatic Stay or Dismissal of the Debtors Chapter 11 Case # 2 Exhibit A - To the Motion # 3 Exhibit B - to the Motion # 4 Exhibit C - to the Motion # 5 Exhibit D - to the motion) (Koevary, Jonathan) Modified on 7/17/2018 (Richards, Beverly). (Entered: 07/16/2018) |
| 07/16/2018 | | Receipt of Motion for Relief from Stay (fee)(18-11695-mew) [motion,185] ( 181.00) Filing Fee. Receipt number 12674495. Fee amount 181.00. (Re: Doc # 14) (U.S. Treasury) (Entered: 07/16/2018) |
| 07/16/2018 | 15<br>(2 pgs) | Declaration *of Robert H. Weiss in Support of Motion by MatlinPatterson, for Relief from Automatic Stay or Dismissal of Debtor's Chapter 11 Case* (related document(s)14) filed by Jonathan Koevary on behalf of ~~M.J.G. Merchant Funding Group, LLC.~~ **MatlinPatterson Advisers LLC** with hearing to be held on 8/9/2018 **at 10:00 am in Courtroom 617 (MEW)**. Objections due by 8/2/2018, (Koevary, Jonathan) Modified on 7/17/2018 (Richards, Beverly). Modified on 7/18/2018 (Richards, Beverly). (Entered: 07/16/2018) |
| 07/18/2018 | 16<br>(3 pgs) | Certificate of Service (related document(s)15, 14) Filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Koevary, Jonathan) (Entered: 07/18/2018) |
| 07/23/2018 | 17<br>(14 pgs) | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , Schedules filed: Schedule A/B - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual , Statement of Financial Affairs - Non-Individual Filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC. (Snyder, Eric) (Entered: 07/23/2018) |
| 08/03/2018 | 18<br>(10 pgs) | Objection to Motion *Objection of Debtor to Motion By Sublandlord to Modify Bankruptcy Stay or to Dismiss Case* (related document(s)14) filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC. with hearing to be held on 8/9/2018 at 10:00 AM at Courtroom 617 (MEW) (Snyder, Eric) (Entered: 08/03/2018) |
| 08/06/2018 | 19<br>(4 pgs) | Reply to Motion *(in Further Support) for Relief from Automatic Stay or Dismissal of the Debtor's Chapter 11 Case* (related document(s)14) filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Koevary, Jonathan) (Entered: 08/06/2018) |
| 08/07/2018 | 20<br>(1 pg) | Certificate of Service (related document(s)19) Filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Koevary, Jonathan) (Entered: 08/07/2018) |
| 08/08/2018 | 21<br>(2 pgs) | Sur-Reply to Motion *Sur-Reply to Reply to Objection of Debtor to Motion By Sublandlord to Modify Bankruptcy Stay or to Dismiss Case* (related document(s)14) filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC. (Snyder, Eric) (Entered: 08/08/2018) |
| 08/10/2018 | | |

| | | |
|---|---|---|
| | 22<br>(2 pgs) | Order signed on 8/10/2018 Granting Motion For Relief From The Automatic Stay (Related Doc # 14). (Cappiello, Karen) (Entered: 08/10/2018) |
| 10/02/2018 | 23 | **(Disregard. See Document No. 28)** Application for Ex Parte Relief *Proposed Order to Show Cause* filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Attachments: # 1 Exhibit A - Order Granting Surrender Motion) (Koevary, Jonathan) Modified on 10/3/2018 (Gomez, Jessica). (Entered: 10/02/2018) |
| 10/02/2018 | 24 | **(Disregard. See Document No. 29)** Application for Ex Parte Relief *Memorandum Of Law In Support Of Order To Show Cause* (related document(s)23) filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Attachments: # 1 Exhibit A - Sublease # 2 Exhibit B - Lease # 3 Exhibit C - Notice # 4 Exhibit C - Notice) (Koevary, Jonathan) Modified on 10/3/2018 (Gomez, Jessica). (Entered: 10/02/2018) |
| 10/02/2018 | 25 | **(Disregard. See Document No. 28)** Affidavit *of Jonathan T. Koevary, Esq. In Support Of Order To Show Cause* (related document(s)24, 23) Filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Koevary, Jonathan) Modified on 10/3/2018 (Gomez, Jessica). (Entered: 10/02/2018) |
| 10/02/2018 | 26<br>(5 pgs) | Order to Show Cause signed on 10/2/2018 (related document(s)23 28, 29). Hearing scheduled for 10/9/2018 at 11:00 AM at Courtroom 617 (MEW). Objections due by 10/8/2018 at 3:00 pm. (Gomez, Jessica). **Modified on 10/3/2018 to correct related document number information.** (Gomez, Jessica). (Entered: 10/02/2018) |
| 10/02/2018 | 28<br>(7 pgs; 3 docs) | Motion for Turnover of Property - *Declaration of Jonathan T. Koevary, Esq. in Support of Order To Show Cause* filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Attachments: # 1 Proposed Order # 2 Exhibit A - To the Proposed Order to Show Cause) (Koevary, Jonathan) (Entered: 10/03/2018) |
| 10/02/2018 | 29<br>(112 pgs; 5 docs) | Memorandum of Law *in Support of Order to Show Cause* (related document(s)28) filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Attachments: # 1 Exhibit A - Sublease # 2 Exhibit B - Lease # 3 Exhibit C - Notice # 4 Exhibit D - Notice) (Koevary, Jonathan) (Entered: 10/03/2018) |
| 10/03/2018 | 27<br>(2 pgs) | Certificate of Service *re: Order to Show Cause* (related document(s)26, 24, 25, 28, 29) filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Koevary, Jonathan). **Modified on 10/3/2018 to correct related document number information.** (Gomez, Jessica). (Entered: 10/03/2018) |
| 10/08/2018 | 30<br>(6 pgs; 2 docs) | Objection *of Debtor to Motion by Sublandlord Seeking Immediate Surrender* (related document(s)26) filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC. with hearing to be held on 10/9/2018 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # 1 Exhibit A) (Snyder, Eric) (Entered: 10/08/2018) |
| 10/09/2018 | 31<br>(2 pgs) | Order signed on 10/9/2018 directing Debtor to surrender possession of nonresidential real property at 70 East 55th Street (Related Doc # 28). (DePierola, Jacqueline) (Entered: 10/09/2018) |
| 11/20/2018 | 32<br>(11 pgs; 2 docs) | Motion to Compel *Debtors Immediate Compliance with Court Order or in the Alternative Deeming Debtors Property Delivered Pursuant to 11 U.S.C. § 542* (related document(s)31) filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Attachments: # 1 Motion to Compel) (Koevary, Jonathan) (Entered: 11/20/2018) |
| 11/20/2018 | 33<br>(19 pgs; 5 docs) | Declaration *of Robert H. Weiss in Support of Motion to Compel* (related document(s)32) filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Attachments: # 1 Exhibit A - Furniture Inventory # 2 Exhibit B - Email Chain # 3 Exhibit C - Email # 4 Exhibit D - Invoices) (Koevary, Jonathan) (Entered: 11/20/2018) |
| 11/21/2018 | 34<br>(2 pgs) | Certificate of Service (related document(s)33, 32) filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. with hearing to be held on 12/5/2018 at 10:00 AM at Courtroom 617 (MEW) Objections due by 11/28/2018, (Koevary, Jonathan) (Entered: 11/21/2018) |
| 11/26/2018 | 35<br>(1 pg) | Letter *of the United States Trustee Requesting Status Conference* Filed by Benjamin J. Higgins on behalf of United States Trustee. (Higgins, Benjamin) (Entered: 11/26/2018) |
| 11/26/2018 | 36<br>(1 pg) | Notice of Hearing */ Notice of Status Conference* filed by Benjamin J. Higgins on behalf of United States Trustee. with hearing to be held on 12/5/2018 at 10:00 AM at Courtroom 617 (MEW) (Higgins, Benjamin) (Entered: 11/26/2018) |
| 12/03/2018 | 37<br>(2 pgs) | Notice of Adjournment of Hearing *on Motion to Compel Debtors Immediate Compliance with Court Order* (related document(s)32) filed by Jonathan Koevary on behalf of MatlinPatterson Global |

| | | |
|---|---|---|
| | | Advisers LLC. with hearing to be held on 12/6/2018 at 11:00 AM at Courtroom 617 (MEW) (Koevary, Jonathan) (Entered: 12/03/2018) |
| 12/04/2018 | 38 (6 pgs) | Stipulation *Proposed So-Ordered Stipulation of Adjournment of Motion to Compel Debtors Immediate Compliance with Court Order or in the Alternative Deeming Debtors Property Delivered Pursuant to 11 U.S.C. § 542* (related document(s)32) Filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Koevary, Jonathan) (Entered: 12/04/2018) |
| 12/06/2018 | 39 (6 pgs) | So Ordered Stipulation signed on 12/6/2018 adjourning motion to compel Debtor's immediate compliance with Court Order or in the alternative deeming Debtor's property delivered (related document(s)32, 38) (DePierola, Jacqueline) (Entered: 12/06/2018) |
| 12/12/2018 | 40 (2 pgs) | Notice of Adjournment of Hearing *on Motion to Compel Debtors Immediate Compliance with Court Order* (related document(s)32) filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. with hearing to be held on 1/16/2019 at 11:00 AM at Courtroom 617 (Koevary, Jonathan) (Entered: 12/12/2018) |
| 01/04/2019 | 41 (16 pgs; 3 docs) | Motion to Dismiss Case filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC with hearing to be held on 1/16/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 1/11/2019,. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Snyder, Eric) (Entered: 01/04/2019) |
| 01/08/2019 | 42 (3 pgs) | Affidavit of Service *of Motion to Dismiss* (related document(s)41) Filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC. (Snyder, Eric) (Entered: 01/08/2019) |
| 01/10/2019 | 43 (5 pgs; 2 docs) | Motion to Dismiss Case *Supplement to Motion to Dismiss* (related document(s)41) filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC with hearing to be held on 1/16/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 1/11/2019,. (Attachments: # 1 Exhibit A) (Snyder, Eric) (Entered: 01/10/2019) |
| 01/11/2019 | 44 (3 pgs) | Affidavit of Service *of Supplement to Motion to Dismiss* (related document(s)43) Filed by Eric J. Snyder on behalf of M.J.G. Merchant Funding Group, LLC. (Snyder, Eric) (Entered: 01/11/2019) |
| 01/14/2019 | 45 (5 pgs) | Objection to Motion *to Dismiss Case* (related document(s)41) filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Koevary, Jonathan) (Entered: 01/14/2019) |
| 01/15/2019 | 46 (1 pg) | Certificate of Service (related document(s)45) Filed by Jonathan Koevary on behalf of MatlinPatterson Global Advisers LLC. (Koevary, Jonathan) (Entered: 01/15/2019) |
| 01/18/2019 | 47 (7 pgs; 2 docs) | So Ordered Stipulation signed on 1/18/2019 resolving Matlinpatterson Global Advisors, LLC's motion to compel Debtor's immediate compliance with court Order or in the alternative deeming Debtor's property delivered and Debtor's motion to dismiss case (related document(s)32). (DePierola, Jacqueline) (Entered: 01/18/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/15/2019 14:20:15 | | | |
| **PACER Login:** | ▮ | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 18-11695-mew Fil or Ent: filed To: 4/15/2019 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |